# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EMED Technologies Corporation    v.    Repro-Med Systems, Inc.

No. 17-1547

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: EMED Technologies Corporation
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | William P. Ramey III |
| Law Firm: | Ramey & Schwaller, LLP |
| Address: | 5020 Montrose Blvd., Ste. 750 |
| City, State and Zip: | Houston, Texas 77006 |
| Telephone: | 713-426-3923 |
| Fax #: | 832-900-4941 |
| E-mail address: | wramey@rameyfirm.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/7/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 2017-02-14    Signature of pro se or counsel /s/ William P. Ramey, III

cc: _____

Reset Fields