**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | | |
|---|---|---|
| EMED Technologies Corporation, | ) | No. 17-1547 |
| | ) | |
| Patent Owner/Appellant, | ) | USPTO PTAB IPR2015-01920 |
| | ) | |
| v. | ) | |
| | ) | |
| Repro-Med Systems, Inc., | ) | |
| | ) | |
| Petitioner/Appellee. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION OF ERIC GRANT TO WITHDRAW AS COUNSEL FOR APPELLANT EMED TECHNOLOGIES CORPORATION**

Pursuant to Federal Circuit Rule 47.3(c)(5), the undersigned Eric Grant of Hicks Thomas LLP respectfully moves to withdraw as counsel for Appellant EMED Technologies Corporation ("EMED").

EMED will continue to be represented by John B. Thomas of Hicks Thomas LLP and by William P. Ramey III of Ramey & Schwaller, LLP, who have already entered their appearances. Mr. Thomas should be designated the principal attorney for EMED.

The undersigned has given notice of the withdrawal to EMED and received its consent.

The undersigned has discussed this motion with counsel for Appellee Repro-Med Systems, Inc. ("RMS"). That counsel has indicated that RMS does not object to the motion and will not file a response.

1

Dated: April 12, 2017.

        Respectfully submitted,

        /s/ Eric Grant
        Eric Grant
        grant@hicks-thomas.com
        Hicks Thomas LLP
        8801 Folsom Boulevard, Suite 172
        Sacramento, California 95826
        Telephone: (916) 388-0833
        Facsimile: (916) 691-3261

        Counsel for Appellant
          EMED Technologies Corporation

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EMED Technologies Corporation   **v.**   Repro-Med Systems, Inc.

Case No.   17-1547

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| EMED Technologies Corporation | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Melissa D. Schwaller of Ramey & Scwhaller, LLP

| | |
|---|---|
| Apr 12, 2017 | /s/ Eric Grant |
| Date | Signature of counsel |
| Please Note: All questions must be answered | Eric Grant |
| | Printed name of counsel |

cc: Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  April 12, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Eric Grant | /s/ Eric Grant |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hicks Thomas LLP |
| Address | 8801 Folsom Boulevard, Suite 172 |
| City, State, Zip | Sacramento, California 95826 |
| Telephone Number | (916) 388-0833 |
| Fax Number | (916) 691-3261 |
| E-Mail Address | grant@hicks-thomas.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields