FORM 8. Entry of Appearance　　　　　　　　　　　　　　　　　　　　　　　Form 8
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EMED Technologies Corporation　　v.　　Repro-Med Systems, Inc.

No.　17-1547

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for:　EMED Technologies Corporation
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | John B. Thomas |
| Law Firm: | Hicks Thomas LLP |
| Address: | 700 Louisiana, Suite 2000 |
| City, State and Zip: | Houston, Texas 77002 |
| Telephone: | 713-547-9106 |
| Fax #: | 713-547-9150 |
| E-mail address: | jthomas@hicks-thomas.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):　02/10/17

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):　☒ Yes　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date　April 18, 2017　　　　Signature of pro se or counsel　/s/ John B. Thomas

cc:　Counsel of Record

Reset Fields

FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  April 18, 2017
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| John B. Thomas | /s/ John B. Thomas |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hicks Thomas LLP |
| Address | 700 Louisiana, Suite 2000 |
| City, State, Zip | Houston, Texas  77002 |
| Telephone Number | 713-547-9106 |
| Fax Number | 713-547-9150 |
| E-Mail Address | jthomas@hicks-thomas.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields